Mark J. Dillon (Bar No. 108329)
Rachel C. Cook (Bar No. 230140)
Danielle K. Morone (Bar No. 246831)
Gatzke Dillon & Ballance LLP
1525 Faraday Avenue, Suite 150
Carlsbad, California 92008
Telephone:  (760) 431-9501
Facsimile:   (760) 431-9512

Office of the City Attorney
John Mullen, City Attorney (Bar No. 160510)
300 North Coast Highway
Oceanside, California 92054
Telephone:  (760) 435-3979
Facsimile:   (760) 439-3877

Attorneys for Plaintiff/Counter-Defendant, City of Oceanside

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF OCEANSIDE, a general law city and municipal corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>AELD, LLC, a California limited liability company and successor to The Deutsch Company, a California corporation; FEDERAL AVIATION ADMINISTRATION, U.S. DEPARTMENT OF TRANSPORTATION; and J. RANDOLPH BABBITT  in his official capacity as Administrator of the Federal Aviation Administration,<br><br>　　　　　　　　Defendants,<br><br>AND RELATED COUNTERCLAIMS. | Case No.:  3:08-cv-02180-JAH-BGS<br><br>**JOINT MOTION TO DISMISS CASE WITH PREJUDICE** |

1. By and through their counsel, all parties to the above-captioned action jointly move the Court to dismiss this case with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The impetus for this joint motion is established by the terms of a settlement and mutual release agreement entered into by and between Plaintiff/Counter-Defendant, City of Oceanside ("City"), and Defendant/Counter-Claimant, AELD, LLC ("AELD"). Under the terms of that agreement, the City and AELD have agreed that the above-captioned action shall be dismissed in its entirety with prejudice. This dismissal is intended to account for all claims set forth in Oceanside's Complaint For Declaratory And Injunctive Relief (filed November 25, 2008) [Docket No. 1], and all counterclaims set forth in AELD's First Amended Answer And Counterclaims (filed April 14, 2009) [Docket No. 18]. The parties further agree that: (i) all parties will bear their own attorneys' fees and costs of suit, and (ii) the Court shall retain jurisdiction to enforce the City's and AELD's settlement and mutual release agreement.

Based upon the foregoing, the parties respectfully request that the Court order this case to be dismissed with prejudice, that all parties bear their own attorneys' fees and costs of suit, and that the Court retain jurisdiction to enforce the settlement and mutual release agreement.

July 19, 2011                         Respectfully submitted,

                                          Mark J. Dillon
                                        Rachel C. Cook
                                        Danielle K. Morone
                                        Gatzke Dillon & Ballance LLP

                                        By:     *s/Mark J. Dillon*
                                                 Mark J. Dillon
                                                 Gatzke Dillon & Ballance LLP
                                                 1525 Faraday Avenue, Suite 150
                                                 Carlsbad, California  92008
                                                 mdillon@gdandb.com
                                                 (760) 431-9501

                                       Attorneys for Plaintiff/Counter-Defendant,
                                       City of Oceanside

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I, Mark J. Dillon, certify that the content of this document is acceptable to counsel for the Defendants and that I have obtained authorization from Mark E. Haddad and Ernest Cordero, Jr. to affix their electronic signatures to this document.

    Laura E. Duffy
    United States Attorney
    Ernest Cordero, Jr.
    Assistant United States Attorney

    By: *s/Ernest Cordero*
        Ernest Cordero, Jr.
        Office of the U.S. Attorney
        800 Front Street, Room 6293
        San Diego, CA  92101
        ernest.cordero@usdoj.gov
        (619) 557-7473

    Attorneys for the Federal Defendants


    Mark E. Haddad
    Bradley H. Ellis
    Carly A. Steinbaum
    Sidley Austin LLP

    By: *s/Mark E. Haddad*
        Mark E. Haddad
        Sidley Austin LLP
        555 West Fifth Street, Suite 4000
        Los Angeles, CA  90013-1010
        mhaddad@sidley.com
        (213) 896-6000

    Attorneys for Defendant and Counter-Claimant, AELD, LLC

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Joint Motion To Dismiss Case With Prejudice was served on this date upon all counsel of record by electronic service to their last known e-mail address.

 s/Mark J. Dillon\_\_\_\_\_
Mark J. Dillon

Attorneys for Plaintiff/Counter-Defendant,
City of Oceanside